```
PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America
```

**FILED**
Mar 27, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>The Person of Mirwais Shams | CASE NO. 2:24-sw-297 DB<br><br>ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: March 27, 2024

_____
THE HONORABLE CAROLYN K. DELANEY
CHIEF UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER                                                 1